In The United States District Court
For The District Of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 DEC 27 AM 11: 47

CLERK
BY (AW)
DEPUTY CLERK

Derek A. Thomas, )
Petitioner, )
)
)
Vs. ) Case No. 5:12-cr-37-1
)
)
United States Of America, )
Respondent )

### Petitioner's Request For Leave To File An Oversized Brief

NOW COMES, Derek Thomas, Petitioner and acting Pro-Se to ask this Court for leave to file a brief in excess of 30 pages, and would show the following in support:

1) Under local rule 9013-5(a) a brief must not exceed 15 pages in length without prior leave of the Court.

2) During Petitioner's Trial Proceedings the Trial Court ruled that the Petitioner's case was deemed complex.

3) Petitioner's raises 6 grounds, with 41 issues in his Memorandum Of Law, describing and providing examples of errors committed and supplying citations to support his arguements.

4) Petitioner's Memorandum Of Law contains 63 pages, excluding table of contents, table of authorities and exhibits. Because of the complexity of the issues more then 30 pages were required to raise his issues.

### Prayer

**Wherefore,** Petitioner respectfully prays that this Court will grant his request for leave to file a brief, i.e., Memorandum Of Law, in excess of 30 pages. This requested in the interest of justice.

12/19/2016
Executed On:

Derek A. Thomas, Petitioner, Pro-Se
Federal Corr. Inst. 2
P.O. Box 1500
Butner, NC 27509

## Certificate of Service

I, **Derek A. Thomas,** do here by certify that on, 12/19/2016 he placed within the Burreau Of Prisons Mailbox his Request For Leave To File An Oversized Brief, pursuant to the Mailbox Rule, First Class Postage affixed. Petitioner further certifies he mailed a copy of his request to:

        Jeffery S. Eaton
        Clerk/U.S. Dist. Court
        11 Elmwood Avenue
        Burlington, VT 05401

12/19/2016
Date:

        Derek A. Thomas, Petitioner, Pro Se
        Federal Corr. Inst. 2
        P.O. Box 1500
        Butner, NC 27509