UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

        v.                                       Crim. Action No. 5:12–cr–37

Derek Thomas

## **ORDER**

Defendant has filed a motion to vacate, set aside, or correct sentence pursuant to the provisions of 28 U.S.C. § 2255 and the rules governing proceedings thereunder.

Upon consideration of this motion, it is ORDERED that:

(1) the Clerk of this Court is directed to cause to be served upon the United States Attorney for the District of Vermont a copy of the motion herein and this Order;

(2) the government shall within 60 days after the date of this Order respond as required by Rule 5, 28 U.S.C. § 2255; and

(3) the defendant shall file any reply to the government's answer within 30 days after the government's answer is filed with the Court.

Dated at Burlington, in the District of Vermont, this 3rd day of January, 2017.

/s/ John M. Conroy
John M. Conroy
United States Magistrate Judge