# UNITED STATES DISTRICT COURT

DISTRICT OF ___VERMONT___

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2020 MAR 16 AM 11:29
CLERK
BY ___LAW___
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:12-CR-37 |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL |
| ) | |
| VS. ) | |
| ) | |
| DEREK A. THOMAS ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

**NOW COMES,** ___Derek A. Thomas___, Defendant in the above captioned case, in Pro Se and hereby gives his Notice of Appeal to the United States Court of Appeal for the ___Second___ Circuit from the decision of this Honorable Court stated below:

Order Denying Relief Under 28 U.S.C. §2255, Dated: 02/17/2020

Respectfully submitted this ___11th___ day of ___March___, 20 ___20___.

*[signature]*

NAME: __Derek Thomas__
NUMBER: __08564-082__
FMC Devens, Unit __G-B__
P.O. Box 879
Ayer, MA 01432